**Electronically Filed
Supreme Court
SCOT-17-0000777
05-NOV-2018
02:29 PM**

SCOT-17-0000777, SCOT-17-0000811, & SCOT-17-0000812

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF CONTESTED CASE HEARING RE
CONSERVATION DISTRICT USE APPLICATION (CDUA) HA-3568
FOR THE THIRTY METER TELESCOPE AT THE MAUNA KEA SCIENCE
RESERVE, KAʻOHE MAUKA, HĀMĀKUA, HAWAII, TMK (3)404015:009

_____

APPEAL FROM THE BOARD OF LAND AND NATURAL RESOURCES
(BLNR-CC-16-002 (Agency Appeal))

<u>ORDER OF CORRECTION</u>
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion Concurring in Part and Concurring in the Judgment by Pollack, J., filed October 30, 2018, is corrected as follows:

1. On page 4, in the first sentence following Part I, the quotation "we now hold that conservation lands" is changed to read "[w]e therefore now hold that conservation district lands".

2. On page 4, the date stated in the first line of the last paragraph ("para"): "In 1804," is changed to "In 1840,".

3. The following references to the footnotes in the Majority opinion are corrected as follows:

| Page | Location | Current Citation | Corrected Citation |
|------|----------|------------------|--------------------|
| 2 | last para | Majority at 49 n.23 | Majority at 49 n.25 |
| 9 | footnote 3 | Majority at 48 n.22 | Majority at 48 n.24 |
| 33 | last para | Majority at 54 n.29 | Majority at 52 n.30 |
| 33 | last para | Majority at 54 n.28 | Majority at 52 n.29 |

4. The following refereneces to the Majority opinion are corrected as follows:

| Page | Location | Current Citation | Corrected Citation |
|------|----------|------------------|--------------------|
| 4 | first full para | Majority at 48 | Majority at 47-48 |
| 20 | first para | Majority at 51-56 | Majority at 50-52 |
| 20 | first para | Majority at 51-52 | Majority at 50 |
| 20 | first para | Majority at 52 | Majority at 50 |
| 21 | first para | Majority at 53-54 | Majority at 51-52 |
| 27 | last para | See Majority at 33-42 | See Majority at 32-42 |

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, November 5, 2018.

/s/ Richard W. Pollack
Associate Justice

